**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

Western District of Texas

Case number (*If known*): _____

Chapter you are filing under:
- ☐ Chapter 7
- ☑ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy 06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | Out Valley Carriers, LLC |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names, and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 84-3307304 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 621 Valladolid Dr. | |
| Number    Street | Number    Street |
| | P.O. Box |
| San Elizario       TX    79849 | |
| City              State    ZIP Code | City              State    ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| El Paso County | |
| County | Number    Street |
| | |
| | City              State    ZIP Code |

5. **Debtor's website** (URL) _____

6. **Type of debtor**
   - ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   - ☐ Partnership (excluding LLP)
   - ☐ Other. Specify: _____

Debtor  Out Valley Carriers, LLC
        Name

Case number *(if known)*_____

---

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/ .
_____

---

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
☑ Chapter 11. *Check all that apply*:

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No
☐ Yes. District _____ When _____ Case number _____
                                       MM / DD / YYYY
         District _____ When _____ Case number _____
                                       MM / DD / YYYY

---

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No
☐ Yes. Debtor _____ Relationship _____
         District _____ When _____
                                                       MM / DD / YYYY
         Case number, if known _____

---

Debtor __Out Valley Carriers, LLC_____ Case number (if known)_____
       Name

**11. Why is the case filed in *this district*?**

Check all that apply:

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (Check all that apply.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
      Number    Street
_____
_____
City                     State    ZIP Code

**Is the property insured?**
☐ No
☐ Yes. Insurance agency _____
      Contact name _____
      Phone _____

### Statistical and administrative information

**13. Debtor's estimation of available funds**

Check one:

☑ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☑ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated assets**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☑ $500,001-$1 million

☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

Official Form 201        Voluntary Petition for Non-Individuals Filing for Bankruptcy        page **3**

Debtor **Out Valley Carriers, LLC**
Name

Case number (*if known*) _____

### 16. Estimated liabilities

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☒ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### 17. Declaration and signature of authorized representative of debtor

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **03/23/2023**
MM / DD / YYYY

✖ **/s/ Carlos Esparza**
Signature of authorized representative of debtor

**Carlos Esparza**
Printed name

Title **President**

### 18. Signature of attorney

✖ **/s/ Carlos Miranda**
Signature of attorney for debtor

Date **03/23/2023**
MM / DD / YYYY

**Carlos Miranda**
Printed name

**Miranda & Maldonado, PC**
Firm name

**5915 Silver Springs Bldg. 7**
Number    Street

**El Paso**                **TX**        **79912**
City                       State        ZIP Code

**(915) 587-5000**                   **cmiranda@eptxlawyers.com**
Contact phone                        Email address

**14199582**                        **TX**
Bar number                          State

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page **4**

**Fill in this information to identify the case:**

Debtor name: Out Valley Carriers, LLC

United States Bankruptcy Court for the: Western District of Texas

Case number (If known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders  12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | US Premium Finance  280 Technology Parkway Suite 200  Norcross, GA, 30092 | | | | | | 100,000.00 |
| 2 | Joe A. Spencer, Jr. Esq  1009 Montana Ave.  El Paso, TX, 79902 | | | | | | 21,198.55 |
| 3 | Kimball Midwest  4800 Roberts Rd.  Columbus, OH, 43228 | | | | | | 0.00 |
| 4 | Multi Service Fuel Card  8595 W 110th St.  Overland Park, KS, 66210 | | | | | | 0.00 |
| 5 | The Progressive Corporation  6300 Wilson Mills Rd.  Mayfield Village, OH, 44143 | | | | | | 0.00 |
| 6 | TruckPro  11215 Rojas Dr.  El Paso, TX, 79935 | | | | | | 0.00 |
| 7 | Loves Travel Stops  P.O. Box 842568  Kansas City, MO, 64184 | | | | | | 0.00 |
| 8 | Blue Beacon Truck Wash  P.O. Box 856  Salinas, KS, 67402-0856 | | | | | | 0.00 |

Debtor   Out Valley Carriers, LLC
         _Name_

Case number *(if known)*_____

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | Pilot Travel Centers, LLC c/o Credit Department 5500 Lonas Dr., Ste 260 Knoxville, TN, 37909 | | | | | | 0.00 |
| 10 | | | | | | | |
| 11 | | | | | | | |
| 12 | | | | | | | |
| 13 | | | | | | | |
| 14 | | | | | | | |
| 15 | | | | | | | |
| 16 | | | | | | | |
| 17 | | | | | | | |
| 18 | | | | | | | |
| 19 | | | | | | | |
| 20 | | | | | | | |

Official Form 204   **Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims**   page 2

Blu Capital, LLC
12035 Rojas Drive
Suite F
El Paso, TX 79936

Blue Beacon Truck Wash
P.O. Box 856
Salinas, KS 67402-0856

BMO Transportation Finance
300 E John W Carpenter Fwy STE 504
Irving, TX 75062

ByzFunder
530 7th Ave, Suite 505
New York, NY 10018

Calfund, LLC
1633 Westwood Blvd.
Los Angeles, CA 90024

CFG Merchant Solutions, LLC
201 Rout 17 North
Suite 805
Rutherford, NJ 07070

City of El Paso
c/o Don Stecker
Weston Centre, 112 E. Pecan St., Ste. 22
San Antonio, TX 78205-1588

Cornerstone Cargo, LLC
5400 Fulton Industrial Blvd. SW Suite B
Atlanta, GA 30336

Dakota Financial, LLC
11766 Wilshire Blvd., Suite 550
Los Angeles, CA 90025

Diesel Leasing and Financial Services
9111 North Freeway
Houston, TX 77037

Financial Pacific Leasing
3455 South 344th Way
Suite 300
Auburn, WA 98001

Forward Financing
53 State Street, 20th Floor
Boston, MA 02109

Hallmark Global Consultants
1100 Montana Ave. #213
El Paso, TX 79902

Internal Revenue Service (IRS)
Centralized Insolvency Office
P. O. Box 7346
Philadelphia, PA 19101-7346

Joe A. Spencer, Jr. Esq
1009 Montana Ave.
El Paso, TX 79902

Kimball Midwest
4800 Roberts Rd.
Columbus, OH 43228

Lisa Izzo
100 Beard Saw Mill Road Suite 640
Shelton, CT 06484

Loves Travel Stops
P.O. Box 842568
Kansas City, MO 64184

Motive
3500 South DuPont Highway
Dover, DE 19901

Multi Service Fuel Card
8595 W 110th St.
Overland Park, KS 66210

Northland Credit Corporation
5400 Opportunity Ct. Suite 150
Minnetonka, MN 55343

Pilot Travel Centers, LLC
c/o Credit Department
5500 Lonas Dr., Ste 260
Knoxville, TN 37909

Quantum 222 Trust
9300 Metcalf Ave
Overland Park, KS 6612

Texas Comptroller of Public Accounts
Revenue Accounting Div - Bankruptcy Sect
P.O. Box 13528
Austin, TX 78711-3528

Texas Workforce Commission
TWC Building - Regulatory Integrity Divi
101 East 15th Street
Austin, TX 78778


The Progressive Corporation
6300 Wilson Mills Rd.
Mayfield Village, OH 44143


Thomas W. White, Jr, Esq.
1001 McKinney St. Suite 1500
Houston, TX 77002


TruckPro
11215 Rojas Dr.
El Paso, TX 79935


United States Attorney General
Department of Justice
950 Pennsylvania Ave., N.W.
Washington, DC 20530


United States Attorney, Civil Process Clerk
Department of Justice
601 N. W. Loop 410, Suite 600
San Antonio, TX 78216


United States Trustee's Office
615 E. Houston, Ste. 533
P.O. Box 1539
San Antonio, TX 78295-1539


US Premium Finance
280 Technology Parkway Suite 200
Norcross, GA 30092


Utility Trailer Sales SE Texas, Inc.
P.O. Box 24399
Houston, TX 77229

United States Bankruptcy Court
Western District of Texas

In re: Out Valley Carriers, LLC

Case No.

Chapter 11

Debtor(s)

## Verification of Creditor Matrix

The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date: 03/23/2023

/s/ Carlos Esparza
Signature of Individual signing on behalf of debtor

President
Position or relationship to debtor